1046

[No. 11857–9–I.   Division One.   August 15, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD DAVID DETWILER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81–1–03124–9, Richard M. Ishikawa, J., entered June 7, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Corbett, JJ.

[No. 12727–6–I.   Division One.   August 15, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL JOE PISAURO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82–8–04317–8, Stanley Stone, J. Pro Tem., entered January 6, 1983. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 11097–7–I.   Division One.   August 15, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DENA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81–1–02176–6, Horton Smith, J., entered November 18, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Corbett, JJ.

[No. 11790–4–I.   Division One.   August 15, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER ALLAN MAIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82–1–00032–5, Robert M. Elston, J., entered May 17, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Scholfield, JJ.